1

2

3

4

5

6                        **IN THE UNITED STATES DISTRICT COURT**

7                      **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    KYLAN MANGUM, by and through              CASE NO. 1:05-cv-1515 TAG
     his guardian ad litem, STACEY
10   THOMPSON,                                 _____

11                  Plaintiff,                 ORDER GRANTING APPLICATION TO FILE
                                               LATE REPLY BRIEF
12            vs.                              (Doc. 19).

13   JO ANNE B. BARNHART,
     Commissioner of Social Security,
14
                    Defendant.
15   _____/

16

17          On August 9, 2006, Plaintiff Kylan Mangum, through counsel, concurrently filed a reply brief

18   and an application for leave to file the reply brief one day later than its August 8, 2006, deadline.

19   (Docs.  18, 19).  In the application, counsel contends that a mistake in his calendaring system, since

20   rectified, resulted in an error regarding the filing deadline for the reply brief.  (Doc. 19).

21          Upon consideration, and for good cause shown, the application is GRANTED.  Mangum's

22   reply brief is DEEMED TIMELY FILED.

23

24   IT IS SO ORDERED.

     Dated:   **January 5, 2007**                        _____
25   **j6eb3d**                                           **/s/ Theresa A. Goldner**
                                                          UNITED STATES MAGISTRATE JUDGE
26

27

28

                                                  1