YOUNG CHO
ATTORNEY AT LAW: 192789
LAW OFFICE OF LAWRENCE D. ROHLFING
12631 E. IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA 90670-4756
TEL: 562-868-5886
FAX: 562-868-5491
E-MAIL: rohlfing_office@ msn.com

Attorney for Plaintiff
KYLAN MANGUM by and through
his guardian ad litem STACEY THOMPSON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLAN MANGUM, by and through his guardian ad litem, STACEY THOMPSON,<br><br>   Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>   Defendant | Case No.: 1:05-cv-01515 TAG<br><br>PETITION FOR GUARDIAN AD LITEM; AND ORDER<br><br>(42 U.S.C. § 405 (g)) |

PETITIONER Kylan Mangum by and through his mother Stacey Thompson respectfully presents:

1. Petitioner is a minor.
2. Petitioner is the son of Stacey Thompson. Stacey Thompson has custody of petitioner.
3. The minor has a cause of action against the above-named defendant on which a suit should be brought in this court. The cause of action arises under the provisions of the Social Security Act, Title XVI.

4. The petitioner has no guardian of his estate.

5. Stacey Thompson is willing to serve as guardian ad litem of the petitioner and is fully competent to understand and protect the rights of the minor and to have no interest adverse to that of the minor.

6. Petitioner has contracted with Lawrence D. Rohlfing, Attorney at Law, with an office located at 12631 E. Imperial Highway, Suite C-115, Santa Fe Springs, California to prosecute the cause of action for the minor.

WHEREFORE, petitioner prays that Stacey Thompson or some other proper person can be appointed as guardian ad litem for Kylan Mangum to prosecute the above-described cause of action on behalf of Kylan Mangum.

DATE: October 4, 2005

Stacey Thompson, mother of Kylan Mangum

Respectfully submitted,
LAW OFFICE OF LAWRENCE D. ROHLFING

BY: _____
Young Cho
Attorney for plaintiff Kylan Mangum, by and through his guardian ad litem, Stacey Thompson

-2-

## VERIFICATION

I, Stacey Thompson, am the mother of the petitioner in the above-entitled proceeding. I have read the foregoing petition and know the contents thereof. Said petition is true of my own knowledge, except as to those matters which are presented on an information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: October 4, 2005

Stacey Thompson — Mother of Kylan Mangum

## CONSENT OF APPOINTMENT

I hereby consent to act as guardian ad litem for the minor KYLAN MANGUM

Stacey Thompson — mother of Kylan Mangum

## ORDER APPOINTING GUARDIAN AD LITEM

The court having considered the petition of Kylan Mangum for the appointment of Stacey Thompson as guardian ad litem for Kylan Mangum who is a minor and good cause appearing therefore.

IT IS HEREBY ORDERED that Stacey Thompson be, and she is, hereby appointed as guardian ad litem for Kylan Mangum, a plaintiff in the above-entitled action, and she is authorized to institute and prosecute the action mentioned in the petition.

DATE: 2/27/2007

United States Magistrate Judge